IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL, AIR, RAIL TRANSPORTATION WORKERS INTERNATIONAL ASSOCIATION LOCAL 27 ANNUITY, HEALTH & WELFARE, EDUCATION AND SUPPLEMENTAL UNEMPLOYMENT FUNDS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ARCHITECTURAL SHEET METAL, INC.,<br><br>Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 24-2579 (KMW-EAP)<br><br>**ORDER** |

**WILLIAMS, District Judge:**

This matter having been opened by Plaintiffs Trustees of the Sheet Metal, Air, Rail Transportation Workers International Association Local 27 Annuity, Health & Welfare, Education and Supplemental Unemployment Funds, ("Plaintiff Funds"), and Sheet Metal, Air, Rail Transportation Workers International Association Local Union 27, ("Plaintiff Union"), (collectively, "Plaintiffs"), who come before the Court for entry of default judgment against Defendant Architectural Sheet Metal, Inc. pursuant to Federal Rule of Civil Procedure 55(b)(2), (ECF No. 11); it appearing that Defendant has failed to plead or otherwise defend in this action; the Court having considered Plaintiffs' submissions; for the reasons set forth in the Opinion of even date; and for good cause shown:

IT IS this 9th day of June, 2025,

**ORDERED** that the Court **GRANTS** Plaintiffs' Motion for Default Judgment, (ECF No. 11), entering a judgment against Defendant and in favor of each listed Plaintiff; and further

**ORDERED** that judgment in favor of Plaintiffs in the amount of $10,170.24, inclusive of attorney's fees but exclusive of interest and liquidated damages be entered; and further

**ORDERED** that Defendant Architectural Sheet Metal, Inc., within 30 days of this Order, must submit monthly remittance reports to the Plaintiff Funds for the time period of March 6, 2023 to the date of this Court's Order providing the names of all employees, including owner-member(s) who performed covered work, the hours worked, and the amounts of fringe benefit contributions to be remitted; and further

**ORDERED** that upon receipt of the amounts of fringe benefit contributions to be found due and owing, Plaintiffs shall advise Defendant of the calculated interest and liquidated damages due and owing pursuant to the Collection Policy; and further

**ORDERED** that within ten (10) days of receiving the notice of amount due, Defendant shall remit to Plaintiffs all amounts due and owing; and further

**ORDERED** that should Defendant fail to remit the payment due, Plaintiffs shall submit a petition to this Court for Judgment to be entered against Defendant for all contributions, interest, and liquidated damages then due and owing, together with an application for additional attorney's fees and costs; and further

**ORDERED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

At Camden, New Jersey

KAREN M. WILLIAMS, U.S.D.J.